**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jason JONES, Petitioner**

**No. 532 WAL 2016**

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Rodney Domanick EVANS, Petitioner**

**No. 477 WAL 2016**

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Cory John ALTMAN, Petitioner**

**No. 515 WAL 2016**

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**